UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

K&N TRUCKING, INC.,
        Plaintiff,
v.

                                         Case No. 8:16-cv-3087-T-24 AEP

FOUNDATION XPRESS, LLC,
        Defendant.
_____/

      This cause comes before the Court on Plaintiff, K&N Trucking, Inc.'s Motion for Enforcement of Settlement Agreement and Order of Entitlement to Attorneys' Fees as Prevailing Party (Doc. 19), Defendant, Foundation Xpress, LLC's response to the motion (Doc. 20), and Plaintiff's reply to Defendant's response (Doc. 23). A hearing was held on the motion on October 4, 2017. For the reasons stated on the record at that hearing, the Court finds Plaintiff's motion meritless. Accordingly, Plaintiff, K&N Trucking, Inc.'s Motion for Enforcement of Settlement Agreement and Order of Entitlement to Attorneys' Fees as Prevailing Party (Doc. 19) is **DENIED**. The Court will issue an amended scheduling order.

      **DONE** and **ORDERED** at Tampa, Florida, this 4th day of October, 2017.

_____
SUSAN C. BUCKLEW
United States District Judge